```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02710
   DAVON C MILLER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3964


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 02/16/2007 and was not confirmed.

     The case was dismissed without confirmation 07/16/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
CITIFINANCIAL              SECURED VEHIC     14011.37           .00         540.00
COUNTRYWIDE HOME LOANS I   CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS I   CURRENT MORTG         .00            .00            .00
BENEFICIAL ILLINOIS INC    CURRENT MORTG         .00            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           999.26            .00            .00
CAPITAL ONE                UNSECURED          747.44            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          381.94            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        13676.55            .00            .00
LVNV FUNDING LLC           UNSECURED        11222.48            .00            .00
LVNV FUNDING LLC           UNSECURED         4908.62            .00            .00
EXPRESS                    UNSECURED        NOT FILED           .00            .00
FIFTH THIRD BANK           UNSECURED          840.90            .00            .00
GEMB/CASUAL CORNER         UNSECURED        NOT FILED           .00            .00
FDS BANK/MACY'S            UNSECURED          494.54            .00            .00
ECMC                       UNSECURED        19451.15            .00            .00
THE HOME DEPOT/CBUSA       UNSECURED        NOT FILED           .00            .00
VERIZON WIRELESS           UNSECURED        NOT FILED           .00            .00
WELLS FARGO FINANCIAL      UNSECURED        NOT FILED           .00            .00
ZALE CBUSA                 UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           41.02            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED           .00            .00
PHILIP A IGOE              DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                           35.70
DEBTOR REFUND              REFUND                                          1,644.30

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             2,220.00

PRIORITY                                          .00
SECURED                                        540.00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 02710 DAVON C MILLER
```

```
TRUSTEE COMPENSATION                                            35.70
DEBTOR REFUND                                                1,644.30
                                     ----------------    ----------------
TOTALS                                       2,220.00            2,220.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/18/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 07 B 02710 DAVON C MILLER